IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Permanent General Assurance Corporation of Ohio, <br> Plaintiff <br><br> vs. <br><br> Christina Clowdus, et al., <br><br> Defendant | CASE NUMBER :  CV205-195 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that ____PGC Claims Service, Nashville, TN,____ has deposited with the Court the sum of $ ___50,000.00___ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __22nd__ day of ____September____, __2005__, by Order of this Court.

SCOTT L. POFF , CLERK

By: _[signature]_
Deputy Clerk

(Rev. 9/02)