IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| Permanent General Assurance Corporation of Ohio,<br>    Plaintiff | ) ) ) ) ) | |
| vs. | ) ) | CASE NUMBER: CV205-195 |
| Christina Clowdus, et al., | ) ) ) | |
|     Defendant | ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____ PGC Claims Service, Nashville, TN, _____ has deposited with the Court the sum of $ ___50,000.00___ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __22nd__ day of _____September_____, __2005__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)