IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| PERMANENT GENERAL INSURANCE CORPORATION OF OHIO, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: CV205-195 |
| CHRISTINA CLOWDUS, BARBARA CLOWDUS, as mother and next friend of CHRISTINA CLOWDUS, a minor, ALICE BAGGETT, PATRICIA BAGGETT, SARAH BAGGETT, KIMBERLY ANN ROSE, ANDREA CAMPBELL, a minor, MELISSA QUEEN, as mother and next friend of Andrea Campbell, a minor, DOUGLAS QUEEN, Individually, and DOUGLAS QUEEN, as the executor of the Estate of TINA QUEEN, | : | |
| Defendants. | : | |

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of Barton C. Solomon, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case.

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Northern District of Georgia, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

SO ORDERED, this 5th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)